UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:04CR621 RWS |
| | ) | |
| EUDELIA MARIA CORTEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on defendant's motion for order directing United States Marshal to provide noncustodial transportation. Pursuant to 18 U.S.C. § 4285,

**IT IS HEREBY ORDERED** that the U.S. Marshal's Service is directed to provide defendant Eudelia Maria Cortez, 1209 Stierlen Place, Burlington, Washington, non-custodial transportation from her home in Burlington, Washington, to St. Louis, Missouri, arriving on or before July 6, 2005, in order to appear before the Court for her change of plea set for July 7, 2005, at 10:30 a.m.,

and return non-custodial transportation from St. Louis, Missouri, to Burlington, Washington, departing on July 7, 2005.

                                                                              _____
                                                                              RODNEY W. SIPPEL
                                                                               UNITED STATES DISTRICT JUDGE

Dated this 5th day of July, 2005.